UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVE NEIL SPEEDIE,<br><br>Petitioner,<br><br>v.<br><br>ALEXI DAWN SPEEDIE,<br><br>Respondent. | No. 2:26-cv-00345-JHC<br><br>**ORDER** |

Before the Court are the Motion to Appear Pro Bono Pro Hac Vice with Waiver of Local Counsel Requirement filed by Stephen J. Cullen, Kelly A. Powers, Katherine E. Coyle and Miles & Stockbridge P.C. (Counsel Motion), and Petitioner's Motion for Expedited Hearing on Petition for Return of Children (Expedited Hearing Motion).  Dkt. ## 12 & 7.

For the reasons presented by counsel, the Court GRANTS the Counsel Motion.  It is ORDERED that:

1

ORDER (2:26-cv-00345-JHC)

1.       Stephen J. Cullen, Kelly A. Powers, Katherine E. Coyle shall submit pro have vice applications within three business days of entry of this Order; and it is further

2.       The Local Rules requirement that the pro hac vice applications be supported by local counsel or that local counsel enter their appearance for Petitioner is hereby WAIVED.

Further, because it does not appear on the record that Respondent has notice of the Expedited Hearing Motion, the Court DENIES that motion without prejudice.

Dated this 19th day of March, 2026.


_____
John H. Chun
UNITED STATES DISTRICT JUDGE

2

ORDER (2:26-cv-00345-JHC)