UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVE NEIL SPEEDIE, | No. 2:26-cv-00345-JHC |
| Petitioner, | |
| v. | **ORDER** |
| ALEXI DAWN SPEEDIE, | |
| Respondent. | |

Before the Court is Petitioner Dave N. Speedie's Motion for Leave to File Amended Petition. Dkt. # 20.

For the reasons presented by Petitioner, the Court GRANTS the Motion for Leave to File Amended Petition filed by Petitioner and ORDERS that Petitioner file the Amended Petition forthwith.

It is ordered that:

1

ORDER
(2:26-cv-00345-JHC)

1.    Pursuant to LCR 15 of the United States District Court for the Western District of Washington, Petitioner, Dave N. Speedie's, Motion for Leave to File Amended Petition is hereby GRANTED; and it is further

2.    ORDERED that Petitioner shall file the Amended Petition forthwith.

Dated this 20th day of April, 2026.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

2

ORDER
 (2:26-cv-00345-JHC)