UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVE NEIL SPEEDIE,

Petitioner,

v.

ALEXI DAWN SPEEDIE,

Respondent.

No. 2:26-cv-00345-JHC

**ORDER**

Before the Court is Petitioner Dave N. Speedie's ("Petitioner") Stipulated Renewed Motion to Expedite Proceedings Pursuant to Hague Convention Law.  Dkt. # 28.

For the reasons presented by Petitioner, the Court GRANTS the Stipulated Renewed Motion to Expedite Proceedings Pursuant to Hague Convention Law filed by Petitioner and ORDERS that an expedited Telephonic or Zoom Scheduling Conference shall be scheduled on the first available date and time on the Court's calendar following service of process on Respondent.

1

ORDER
(2:26-cv-00345-JHC)

It is ordered that:

1.      Pursuant to LCR 7 of the United States District Court for the Western District of Washington, Petitioner, Dave N. Speedie's, Stipulated Renewed Motion to Expedite Proceedings Pursuant to Hague Convention Law is hereby GRANTED; and it is further

2.      ORDERED that an expedited Telephonic or Zoom Scheduling Conference shall be scheduled on the first available date and time on the Court's calendar following service of process on Respondent.  Upon such service and filing of proof of service, Petitioner's counsel shall so advise the Court via an email to the Courtroom Deputy at Ashleigh_Drecktrah@wawd.uscourts.gov.

Dated this 21st day of April, 2026.

_John H. Chun_____
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER
(2:26-cv-00345-JHC)