UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVE NEIL SPEEDIE,

Petitioner,

v.

ALEXI DAWN SPEEDIE,

Respondent.

No. 2:26-cv-00345-JHC

**SCHEDULING ORDER**

Per the hearing on April 29, 2026, the Court accepts the parties' proposed schedule at Dkt. # 35 and enters the following schedule:

| Filing | Deadline |
|---|---|
| Both Parties' FRCP 26(a)(1) Initial Disclosures | May 5, 2026 |

1

SCHEDULING ORDER
(2:26-cv-00345-JHC)

| Filing | Deadline |
| --- | --- |
| Both Parties to Serve Interrogatories and Documents Requests up to 10 in a combined total<br><br>"Documents" may include all emails, texts, or other electronically stored information ("ESI"). Given the expedited nature of this proceeding, production of ESI in PDF format is sufficient | May 7, 2026 |
| Both Parties to Serve Written Discovery Responses | May 14, 2026 |
| Deadline for Both Parties' FRCP 26(a)(2) Expert Disclosures & Affidavits of Foreign Law | May 15, 2026 |
| Discovery Cutoff (including depositions except de bene esse depositions) | May 19, 2026 |
| Deadline to File Dispositive Motions | May 20, 2026 |
| Deadline for Both Parties' FRCP 26(a)(2) Rebuttal Expert Disclosures | May 22, 2026 |
| Conference of Attorneys | May 26, 2026 |
| Deadline for Petitioner to File Pretrial Statement and Serve Exhibits | May 26, 2026 |
| Deadline for Respondent to File Pretrial Statement and Serve Exhibits | May 26, 2026 |
| Deadline for Both Parties to File Proposed Pretrial Order | May 27, 2026 |
| Deadline for Both Parties to File Objections to Witnesses/Exhibits/Motions in Limine | May 28, 2026 |
| Deadline for Both Parties to File Responses to Objections to Witnesses/Exhibits/Motions in Limine/Dispositive Motions | May 29, 2026 |
| Pretrial Conference | May 29, 2026 |
| Evidentiary Hearing (2 days) | June 2, 2026 |

DATED this 29th day of April, 2026.

John H. Chun
United States District Judge

2

SCHEDULING ORDER
(2:26-cv-00345-JHC)