# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

Seattle Division

In re: the Application of:

Case No.: 2:26-cv-00345-JHC

DAVE NEIL SPEEDIE,

        Petitioner,

    ORDER RE: LOCAL COUNSEL

  v.

ALEXI DAWN SPEEDIE,

        Respondent.

The Convention on the Civil Aspects of International Child Abduction
Done at the Hague on 25 Oct 1980
International Child Abduction Remedies Act, 22 USC § 9001 *et seq.*

COMES NOW, Respondent Alexi Speedie, by and through her attorneys of record, Katrina Seipel, Katelyn Skinner, and Buckley Law, for good cause shown as *pro hac vice* counsel is familiar with Hague cases and procedure and requirements for *pro hac vice* requirements, Dkt. # 34, it is hereby:

1.  ORDERED, that *pro hac vice* counsel for Respondent may appear before the court for all proceedings without local counsel present.  Specifically, local counsel for Respondent, Naoko Inoue Shatz, of Shatz Law, is not required to appear along with *pro hac vice* counsel for any proceeding in this matter.

2.  ORDERED, that *pro hac vice* counsel for Respondent may sign all pleadings before the court, without co-signature of local counsel for the parties.

Page 1 – ORDER RE: LOCAL COUNSEL

3.  This Order is retroactive to the date of approval of *pro hac vice* admission of counsel.

DATED this 30th day of April, 2026.

_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE