UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVE NEIL SPEEDIE,<br><br>Petitioner,<br><br>v.<br><br>ALEXI DAWN SPEEDIE,<br><br>Respondent. | No. 2:26-cv-00345-JHC<br><br>**ORDER** |

Before the Court is Petitioner Dave N. Speedie's ("Petitioner") Stipulated Motion for Petitioner's Remote Appearance and Testimony at Evidentiary Hearing by Contemporaneous Video Transmission (Zoom) (Dkt. # TBD).  Dkt. # 43.

For the reasons presented by Petitioner, the Court GRANTS the Stipulated Motion for Petitioner's Remote Appearance and Testimony at Evidentiary Hearing by Contemporaneous Video Transmission (Zoom) filed by Petitioner and ORDERS that Petitioner shall appear and testify by

1

ORDER
(2:26-cv-00345-JHC)

contemporaneous video transmission at the evidentiary hearing on Tuesday, June 2, and Wednesday, June 3, 2026 if he is ineligible to be admitted to the United States.

It is ordered that:

1.      Pursuant to LCR 7 of the United States District Court for the Western District of Washington, Petitioner, Dave N. Speedie's, Stipulated Motion for Petitioner's Remote Appearance and Testimony at Evidentiary Hearing by Contemporaneous Video Transmission (Zoom) is hereby GRANTED; and it is further

2.      ORDERED that Petitioner shall appear and testify by contemporaneous video transmission at the evidentiary hearing on Tuesday, June 2, and Wednesday, June 3, 2026 if he is ineligible to be admitted to the United States.

Dated this 11th day of June, 2026.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

2

ORDER
(2:26-cv-00345-JHC)