UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVE NEIL SPEEDIE, | CASE NO. 2:26-cv-00345-JHC |
| Petitioner, | MINUTE ORDER |
| v. | |
| ALEXI DAWN SPEEDIE, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  The Court DIRECTS each party to file a trial brief in letter form by 5 p.m., Thursday, May 28, 2026.  Each letter brief shall not exceed four pages and shall include at a minimum: background facts; lists of fact issues, legal issues, and any anticipated evidentiary issues; and a summary of evidence to be presented.

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

//

//

//

MINUTE ORDER - 1

Dated this 26th day of May 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2