UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| **DAVE NEIL SPEEDIE,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**ALEXI DAWN SPEEDIE,**<br><br>**Respondent.** | The Honorable John H. Chun<br><br>No. 2:26-cv-00345-JHC<br><br>**ORDER** |

Before the Court is Petitioner Dave N. Speedie's ("Petitioner") and Respondent Alexi Dawn Speedie's ("Respondent") Joint Motion for Remote Appearance and Testimony of Witnesses at Evidentiary Hearing. Dkt. # 57.

For the reasons presented by both parties, the Court GRANTS the Joint Motion for Remote Appearance and Testimony of Witnesses at Evidentiary Hearing filed by Petitioner and ORDERS that

1

ORDER
(2:26-cv-00345-JHC)

all witnesses may appear and testify by Zoom at the evidentiary hearing on Tuesday, June 2, and Wednesday, June 3, 2026.

It is ordered that:

1.      Pursuant to LCR 7 of the United States District Court for the Western District of Washington, Petitioner, Dave N. Speedie and Respondent, Alexi Dawn Speedie's Joint Motion for Remote Appearance and Testimony of Witnesses at Evidentiary Hearing is hereby GRANTED; and it is further

2.      ORDERED that all witnesses may appear and testify by Zoom at the evidentiary hearing on Tuesday, June 2, and Wednesday, June 3, 2026.

Dated this 28th day of May, 2026.

John H. Chun
John H. Chun
UNITED STATES DISTRICT JUDGE

2

ORDER
(2:26-cv-00345-JHC)