UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**DAVE NEIL SPEEDIE,**

**Petitioner,**

**v.**

**ALEXI DAWN SPEEDIE,**

**Respondent.**

No. 2:26-cv-00345-JHC

**ORDER**

Per the parties' Joint Status Report at Dkt. # 82, the Court ORDERS that the deadline for the parties to submit their Proposed Findings of Fact and Conclusions of Law shall be 21 days after receipt of the transcript of the evidentiary hearing.

//

//

//

1

ORDER
(2:26-cv-00345-JHC)

Dated this 17th day of June, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE

2

ORDER
(2:26-cv-00345-JHC)